IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| GBEY GOULEY MARCELIN CHARLES, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | 4:14-cv-0340-RDP-JEO |
| SCOTT HASSELL, in his capacity as Chief/ Warden, Etowah County Detention Center, et al., | ) ) ) ) ) | |
| Respondents. | ) | |

## MEMORANDUM OPINION

This is an action on a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. The *pro se* Petitioner contends that he is being illegally detained pending his removal from the United States under the Immigration and Nationality Act. (Doc. 1). *See generally Zadvydas v. Davis*, 533 U.S. 678 (2001). Respondents now move to dismiss the action as moot. (Doc. 9).

In support of their motion, Respondents have filed evidence showing that Petitioner was released from custody under order of supervision. (Doc. 9-1). Thus, Petitioner's claim for release under an order of supervision or for repatriation is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("[A] case must be dismissed as moot if the court can no longer provide 'meaningful relief'"). Accordingly, Respondents' motion is due to be granted, and this matter is due to be dismissed as moot. A separate final order will be entered.

**DONE** and **ORDERED** this ____17th____ day of April, 2014.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE